IN THE MATTER OF SAM BUFANIO, TO REVOKE, CANCEL OR SUSPEND LICENSE, *ETC.*

November 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH N. RICHARDS.

November 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. GRADY LEE FULLER.

November 14, 1972. Petition for certification denied.

PAUL D. DEWSNAP v. CAROL ANN DEWSNAP.

November 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. SHERMAN BELASCO t/a GEORGE SHERMAN CO.

November 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD THOMAS.

November 14, 1972. Petition for certification denied.